UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

ISLER GALLERIES, INC.,                      Case No. 07-22583

                                                 Chapter 7 Proceeding
                  Debtor(s).              Hon. Daniel S. Opperman
_____/

**STATEMENT REGARDING FUNDS TO BE
DEPOSITED IN U.S. REGISTRY**

    NOW COMES Randall L. Frank, Chapter 7 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $48.91 for deposit in the U.S. Registry as evidenced by the attached check number 3001, made payable to U.S. Bankruptcy Court.

    The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds/ Under $10 or Unclaimed from the Interim Distribution on or about August 2, 2010, on behalf of the following creditors:

| | | |
|---|---|---|
| 1 | Aman Imports | $48.91 |
| | | _____ |
| | TOTAL | $48.91 |

DATED: December 7, 2010

                                                   /s/ Randall L. Frank
                                                   _____
                                                   Randall L. Frank (P33189)
                                                   Chapter 7 Trustee
                                                   310 Davidson Building
                                                   P.O. Box 2220
                                                   Bay City, Michigan 48707
                                                   Telephone: (989) 893-2461
                                                   randall.frank@gmail.com